| | |
|---|---|
| 1 | MICHAEL M. HERRICK, Bar No. 63666 |
| | HERRICK LAW OFFICES |
| 2 | 1750 Montgomery Street, #1104 |
| | San Francisco, CA  94111-1063 |
| 3 | Telephone:    (415) 781 2804; |
| | fax: (415) 781 4886 |
| 4 | |
| 5 | Attorney for Plaintiff |
| | DONOVAN JONES |
| 6 | |
| | DAVE AROTHERS, ESQ.  Bar No. CA 125596 |
| 7 | CARLTON, DISANTE & FREUDENBERGER LLP |
| | 4510 Executive Drive, Suite 300 |
| 8 | San Diego, CA 92121 |
| | Phone:  (858) 646-0007 |
| 9 | Fax:  (858) 646-0008 |
| 10 | Attorneys for Defendant |
| | CATALINA RESTAURANT GROUP, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONOVAN JONES, | **Case No. C-04-3370 SC** |
| Plaintiff, | |
| vs. | **JOINT STIPULATION** |
| CATALINA RESTAURANT GROUP, INC. et. al, | **FOR DISMISSAL WITH PREJUDICE** |
| Defendant | |

THE FOLLOWING IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective attorneys of record, Michael M. Herrick, on behalf of Plaintiff, Donovan Jones ("Plaintiff"), and Dave Carothers, Esq., of the law firm of Carlton, Disante & Freudenberger LLP, on behalf of all Defendant(s) Catalina Restaurant Group, Inc. DBA Coco's Bakery Restaurant. ("Defendant"):

~~NOTICE OF DEPOSITION~~

HERRICK LAW OFFICE
1750 MONTGOMERY STREET #1104
SAN FRANCISCO, CA 94111-1063
PHONE (415) 781-2804

JOINT DISMISSAL WITH PREJUDICE       1.       Case No. C-04-3370 SC

1. Plaintiff and Defendant have amicably resolved their differences, including the claims alleged or that could have been alleged in this action.

2. Plaintiff and Defendant agree and request that the Court order that this action be dismissed in its entirety with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

Dated: January 19, 2006

MICHEAL H. HERRICK
Attorney at Law

By:_____/S/_____
    MICHAEL H. HERRICK
    Attorney for Plaintiff
    DONOVAN JONES

Dated: January 19, 2006

DAVE CAROTHERS, ESQ.
   CARLTON, DISANTE &
   FREUDENBERGER LLP

Attorney at Law

By:_____/S/_____
    DAVE CAROTHERS
    Attorney for Defendant
    CATALINA RESTAURANT
    GROUP, INC.

~~NOTICE OF DEPOSITION~~

HERRICK LAW OFFICE
1750 MONTGOMERY STREET #1104
SAN FRANCISCO, CA 94111-1063
PHONE (415) 781-2804

JOINT DISMISSAL WITH PREJUDICE     2.

Case No. C-04-3370 SC

1
2
3   SO ORDERED
4
5
6   DATED: __1/19/06__           : _[signature]_____
7                                   The Honorable Samuel Conti
                                    United States District Judge
8
...
28

NOTICE OF DEPOSITION

HERRICK LAW OFFICE
1750 MONTGOMERY STREET #1104
SAN FRANCISCO, CA 94111-1063
PHONE (415) 781-2804

JOINT DISMISSAL WITH PREJUDICE        3.

Case No. C-04-3370 SC